# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,  :  No. 77 WAL 2019
:
     Respondent  :
:  Petition for Allowance of Appeal from
:  the Order of the Superior Court
     v.  :
:
:
ANTONIO LAMONT GREEN,  :
:
     Petitioner  :


## ORDER


**PER CURIAM**

  **AND NOW**, this 16th day of September, 2019, the Petition for Allowance of Appeal is **DENIED**.